1  Haeyoung Lee (SBN: 171411)
   Law Office of Haeyoung Lee
2  907 Civic Center Drive
   Santa Clara, CA 95050                    **E-Filed 6/26/2009**
3  Tel.: (408) 248-3509
   Fax: (408) 248-3526
4
   Attorney for Defendants
5  Hanna Hwang and Kyu Hwan Hwang
   dba So Gong Dong Tofu House
6

7              **UNITED STATES DISTRICT COURT**

8          **IN AND FOR NORTHERN DISTRICT OF CALIOFORNIA**

9

10 ESTEBAN SANTOS, SERGIO GARCIA,  )   **Case No.: C09 00789**
11 CIPRIANO SINAY,                 )
                                   )   **STIPULATION AND [PROPOSED]**
12                     Plaintiffs, )   **ORDER CONTINUING CASE**
                                   )   **MANAGEMENT CONFERENCE**
13        vs.                      )
                                   )
14                                 )
   HANNA HWANG dba SO GONG DONG    )
15 TOFU HOUSE; KYU HWAN HWANG      )
   dba SO GONG DONG TOFU HOUSE,    )
16                                 )
17                     Defendants. )
                                   )
18 _____  )

19

20                        **STIPULATION**
   ]
21

22        Plaintiffs Esteban Santos, Sergio Garcia and Cipriano Sinay ("plaintiffs") and

23 Defendants Hanna Hwang dba So Gong Dong Tofu House and Kyu Hwan Hwang dba

24 So Gong Dong Tofu House ("defendants"), through their respective counsel stipulate to

25 request a continuance of Case Management currently set on July 31, 2009 for 90 days

26 based on the following facts:

27 //

28 //

                                    1
---
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

SANTOS, ET AL. v. HWANG, ET AL., CASE NO.: C09 00789

1  Upon the parties' stipulation for ADR on 4/8/09, Carol Webster Millie, Esq. was appointed as the mediator.

On June 24, 2009, the mediator and counsel for the parties held a telephonic conference to set a date of mediation. The date of mediation was set on August 4, 2009.

Counsel for the parties are informed and believe that judicial economy would be better served and it would also be beneficial for the parties to have the mediation before the Case Management Conference.

Accordingly, the parties, through their counsel, stipulate to request a continuance of Case Management Conference for 90 days.

                                                              Respectfully submitted,

Dated: June 24, 2009                    Dal Bon & Margain, APC

                                                    */s/james Dal Bon*  
                                                    JAMES DAL BON  
                                                    ATTORNEY FOR PLAINTIFFS

Dated: June 24, 2009                    Law Office of Haeyoung Lee

                                                    */s/ Haeyoung Lee*  
                                                   HAEYOUNG LEE  
                                                  ATTORNEY FOR DEFENDANTS  
                                                  HANNA & KYU HWAN HWANG  
                                                  dba SO GONG DONG TOFU HOUSE

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Case Management Conference currently set on July 31, 2009 is hereby vacated and it shall be set on October 30, 2009, at 10:30 a.m., in Courtroom 3, 5th Floor of this Court.

IT IS HEREBY FURTHER ORDERED that, 7 days before the Case Management Conference, the parties shall file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report, file Joint Case Management Statement.

Dated: 6/26/2009

_____
HON. JERMEY FOGEL
UNITED STATES DISTRICT JUDGE